# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Criminal Case No. 14-cr-0388-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     LEILANI MARIE MARTÍNEZ, and
2.     COLTER GRANT MARTÍNEZ

    Defendants.

## ORDER REGARDING JOINT DEFENSE AGREEMENT DISCLOSURES

This matter comes before the Court *sua sponte*. This Court has the inherent authority to require disclosure of the precise nature of a criminal defendant's representation to ensure that no conflict of interest exists which would deprive a defendant of his Sixth Amendment right to effective assistance of counsel. See *United States v. Stepney*, 246 F.Supp.2d 1069 (N.D. Cal. 2003). Accordingly the Court ORDERS as follows:

1.     On or before October 31, 2014, any Defendant who has entered into a Joint Defense Agreement shall submit such Agreement to the Court (filed under Restriction Level 3) for *in camera* review.

2.     On or before October 31, 2014, any Defendant who has had his or her Initial Appearance prior to that date, and who as of that date has not entered a Joint Defense Agreement, shall submit a filing (under

Restriction Level 3) informing the Court of as much.

3. Should any Defendant contemplate entering into a Joint Defense Agreement after this Order, that Defendant shall submit such Agreement to the Court (filed under Restriction Level 3) **for *in camera* review PRIOR TO ITS EXECUTION.**

Dated this 16th day of October, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge