**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Criminal Action No. 14-cr-0388-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     **LEILANI MARIE MARTINEZ, and**
2.     **COLTER GRANT MARTINEZ**

      Defendants.

---

### ORDER TO DISCLOSE GRAND JURY MATERIAL TO DEFENDANTS

---

This matter is before the Court on the Defendant Leilani Marie Martinez'

Unopposed Motion to Disclose Grand Jury Material To Defendants (ECF No. 26),

pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I).

HAVING REVIEWED the motion and being otherwise advised in the bases, the

Court finds that good and sufficient cause supports the same.  It is, therefore,

ORDERED that Defendant Martinez' motion is GRANTED, and that grand jury

testimony and grand jury documents may be disclosed to Defendants Leilani Marie

Martinez and co-defendant Colter Grant Martinez and their attorneys in the course of

discovery in this case. It is

FURTHER ORDERED that such materials shall only be used in defending this

case; that such materials are disclosed only to the Defendants, their attorneys; that the

defense attorney shall maintain custody of such materials, and shall not reproduce or

disseminate the same; and that such materials shall be returned to the United States at

the end of the case.

Dated this 3rd day of November, 2014.

BY THE COURT:

William J. Martínez
United States District Judge